**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NPC ACQUISITION INC.,<br><br>　　　　Debtor. | :<br>:<br>: CHAPTER 11<br>:<br>: BANKRUPTCY NO. 10-10702 (DHS)<br>:<br>:<br>: |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF PAPERS OF NATIONAL PERFORMANCE**
**PACKAGING HOLDINGS, LLC AND EXPRESS DISPLAY, LLC**

　　　　PLEASE TAKE NOTICE that the undersigned appears in the above-captioned Chapter 11 case as counsel for National Performance Packaging Holdings, LLC and Express Display, LLC pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and hereby demands that all notices given or required to be given and all papers served or required to be served in this Chapter 11 case be delivered and served upon National Performance Packaging Holdings, LLC and Express Display, LLC at the addresses of counsel as set forth below:

　　　　　　　　Robert Lapowsky, Esquire
　　　　　　　　John C. Kilgannon, Esquire
　　　　　　　　STEVENS & LEE, P.C.
　　　　　　　　1818 Market Street
　　　　　　　　29th Floor
　　　　　　　　Philadelphia, PA  19103-1702
　　　　　　　　(215) 751-2866-1943
　　　　　　　　Fax (610) 371-7958-7954
　　　　　　　　Email rl@stevenslee.com
　　　　　　　　　　　jck@stevenslee.com

　　　　PLEASE TAKE NOTICE that the foregoing demand includes all notices, papers and pleadings referred to in the above-mentioned Federal Rules of Bankruptcy Procedure

1

together with all orders and notices of applications, motions, petitions, pleadings, complaints or other documents which, in any way, affect any of the above-captioned debtor or its property.

PLEASE TAKE FURTHER NOTICE that National Performance Packaging Holdings, LLC and Express Display, LLC do not intend that this notice of appearance (a) constitute a consent to personal or subject matter jurisdiction, (b) effect a waiver of (1) the right of National Performance Packaging Holdings, LLC and Express Display, LLC to have final orders in non-core matters entered only after de novo review by the District Court, (2) the right of National Performance Packaging Holdings, LLC and Express Display, LLC to a trial by jury in any proceeding so triable in this case or in any case, controversy or proceeding related to this case, (3) the right of National Performance Packaging Holdings, LLC and Express Display, LLC to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other right, claim, action, defense, set off or recoupment to which National Performance Packaging Holdings, LLC and Express Display, LLC are or may be entitled.

**SL1 972861v1/103251.00003**

|  |  |
|---|---|
|  | STEVENS & LEE, P.C. |
| Dated: January 12, 2010 | By: */s/ John C. Kilgannon* |
|  | Robert Lapowsky, Esquire |
|  | John C. Kilgannon, Esquire |
|  | STEVENS & LEE, P.C. |
|  | 1818 Market Street |
|  | 29th Floor |
|  | Philadelphia, PA 19103-1702 |
|  | (215) 751-2866-1943 |
|  | Fax (610) 371-7958-7954 |
|  | Email rl@stevenslee.com |
|  | jck@stevenslee.com |
|  |  |
|  | Attorneys for National Performance Packaging Holdings, LLC and Express Display, LLC |

SL1 972861v1/103251.00003